**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRISTOPHER HURST,

    Plaintiff,

v.                                                    Case No. 11-10252

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                         /

**JUDGMENT**

In accordance with the court's "Opinion and Order Overruling Plaintiff's Objection and Adopting the Magistrate Judge's Recommendation . . ." dated January 30, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Christopher Hurst.

Dated at Detroit, Michigan, this 30th day of January 2012.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              S/ Lisa Wagner
                                          By:  Lisa Wagner, Case Manager
                                               to Judge Robert H. Cleland